# LAW OFFICE OF SAM A. SCHMIDT
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

July 8, 2021

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
**By ECF**

        Re: *US v. Richard Gonzalez*
            Docket No. 11 Cr. 1031 (PAE)

Dear Judge Engelmayer:

    Richard Gonzalez has pending violations of supervised release before your Honor since 2019. On December 18, 2020 he pled guilty to Specification 11, his failure to complete the drug program required by the Department of Probation. His other violations related to open cases in his State of residence. If he had no pending violations, his term of supervise release would have expired in December 2020.

    Because of the pandemic, Mr. Gonzalez's State cases are unresolved and likely to remain so for the immediate future. With the consent of the government, we request that Mr. Gonzalez be sentenced for the violation that he has admitted.[1] The government has informed me that after his sentence on that violation, it will move dismiss the pending violations. Mr. gonzalez's probation officer has indicated that he has no objection to the termination of supervised release.

    Mr. Gonzalez resides out of state and has not yet been vaccinated. Under the

---

[1] Mr. Gonzalez completed his drug program in February 2020.

present circumstances, with the consent of the government, we request a videoconference be scheduled for the sentencing hearing. If your Honor grants the request for a videoconference, all parties are very flexible as to the scheduling of the conference.[2]

    Thank you for your Honor's consideration.

Sincerely,

/s/
Sam A. Schmidt

**GRANTED.** The Court schedules sentencing for the violation of supervised release on August 18, 2021 at 11:00 a.m, via video. The parties shall serve sentencing letters not less than one week prior to the sentencing date. The Clerk of Court is requested to terminate the motion at Dkt. No. 2626.

7/9/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

---

[2] My availability during the week of July 19, 2021 is limited. Otherwise I am available most of the time after that week.