UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,            :

          -v-                            :          11-CR-1032-02 (PAE)

RICHARD GONZALEZ,               :          <u>SCHEDULING ORDER</u>

                    Defendant.       :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **August 19, 2021** at **3:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                                     PAUL A. ENGELMAYER
                                                     United States District Judge